

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00264-CV

Robert Gregory Cole
v.
Wal-Mart Stores Texas, LLC.

On appeal from the
County Court at Law No. 2 of Cameron County, Texas
Trial Cause No. 2015-CCL-00487

## JUDGMENT

The judgment issued by this Court on September 22, 2016, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be rendered to effectuate the parties' settlement agreement. Accordingly, we RENDER judgment effectuating the parties' settlement agreement, and DISMISS the appeal. Costs of the appeal are taxed against appellant.

We further order this decision certified below for observance.

October 6, 2016